UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 95-2368

———————————

FAITH D. BELLAMY, formerly known as Faith D.
Moore,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary of the Navy,

Defendant - Appellee,

and

FRANK B. KELSO, II, Admiral,

Defendant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-93-2446-WN)

———————————

Submitted:  January 11, 1996        Decided:  January 23, 1996

———————————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Faith D. Bellamy, Appellant Pro Se.  Jane F. Barrett, Diane M.
Lank, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the magistrate judge's report and recommendation and dismissing her employment discrimination action as moot. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bellamy v. Dalton, No. CA-93-2446-WN (D. Md. June 12, 1995). We deny Appellant's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED